SCWC-14-0001135

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF BCI COCA-COLA BOTTLING
COMPANY OF LOS ANGELES, INC.,
Respondent/Respondent/Appellant/Appellee/Cross-Appellee,

vs.

LEONARD HOSHIJO, in his official capacity as the Director,
Department of Labor and Industrial Relations, STATE OF HAWAIʻI;
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, STATE OF HAWAIʻI,
Respondents/Appellees/Appellees/Cross-Appellants,

and

TAMMY L. JOSUE,
Petitioner/Complainant/Appellee/Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001135; CIV. NO. 13-1-1817-06)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Complainant/Appellee/Appellant/Cross-

Appellee Tammy L. Josue's Application for Writ of Certiorari,

filed on December 21, 2018, is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 31, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson